IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **DIAMONDBACK INDUSTRIES, INC.,** § § § *Plaintiffs*, § § vs. § § **REPEAT PRECISION, LLC; NCS** § **MULTISTAGE, LLC; NCS** § **MULTISTAGE HOLDINGS, INC.;** § **ADVENT INTERNATIONAL** § **CORPORATION; RJ MACHINE** § **COMPANY, INC.; GARY MARTIN;** § **GRANT MARTIN; AND ROBERT** § **NIPPER,** § § *Defendants*. § | **CASE NO. 6:19-CV-00034-ADA** **(Consolidated with 6:19-CV-00036-ADA)** |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS REPEAT PRECISION, LLC, NCS MULTISTAGE HOLDINGS, INC., AND NCS MULTISTAGE, LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Repeat Precision, LLC ("Repeat Precision"), NCS Multistage Holdings, Inc. ("NCSM"), and NCS Multistage, LLC ("NCS Multistage") disclose as follows:

1. Repeat Precision is a limited liability company organized under the laws of Texas. Repeat Precision certifies that Pioneer NCS Energy Holdco, LLC owns more than 10% of Repeat Precision. The ultimate parent company of Pioneer NCS Energy Holdco, LLC is NCSM.

2. NCSM is a Delaware company publicly traded on the NASDAQ under the symbol NCSM. No publicly-traded company owns 10% or more of NCSM's stock.

3. NCS Multistage is a limited liability company organized under the laws of Texas. The ultimate parent of NCS Multistage is NCSM.

1

Date:  February 21, 2019	Respectfully Submitted,

*/s/ W. Scott Hastings*
W. Scott Hastings
  Texas State Bar No. 24002241
  *shastings@lockelord.com*
Charles E. Phipps
  Texas State Bar No. 00794457
  *cphipps@lockelord.com*
Susan E. Adams
  Texas State Bar No. 24059354
  *suadams@lockelord.com*
Anna K. Finger
  Texas State Bar No. 24105860
  *anna.k.finger@lockelord.com*

LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
(214) 740-8000 Telephone
(214) 740-8800 Facsimile

ATTORNEYS FOR REPEAT PRECISION, LLC,
NCS MULTISTAGE, LLC, NCS MULTISTAGE
HOLDINGS, INC., AND ROBERT NIPPER

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2019, I served the foregoing Corporate Disclosure Statement of Defendants Repeat Precision, LLC, NCS Multistage Holdings, Inc., and NCS Multistage, LLC on all counsel of record via the Court's ECF system and/or via email.

Decker A. Cammack
Mack Ed Swindle
David A. Skeels
Whitaker Chalk Swindle & Sawyer
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
Telephone: (817) 878-0500

John P. Palmer
Naman Howell Smith & Lee
P.O. Box 1470
Waco, Texas 76703-1470
Telephone: (254) 755-4100

J. Hoke Peacock, III
Shawn L. Raymond
Krisina J. Zuniga
Susman Godfrey L.L.P.
1000 Louisiana, Suite 1000
Houston, Texas 77002
Telephone: (713) 653-7808

Paul R. Genender
Weil, Gotshal &Manges LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7700

Patrick J. O'Toole, Jr.
Weil, Gotshal & Manges, LLP
100 Federal Street, Floor 34
Boston, Massachusetts  02110
Telephone: (617) 772-8333

*/s/ W. Scott Hastings*
W. Scott Hastings