IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| DIAMONDBACK INDUSTRIES, INC. | § § § § | |
| Plaintiff, | | |
| v. | § § § | Case No. 6:19-CV-00034-ADA<br>(Consolidated with 6:19-CV-00036-ADA) |
| REPEAT PRECISION, LLC; NCS MULTISTAGE, LLC; NCS MULTISTAGE HOLDINGS, INC.; ADVENT INTERNATIONAL CORPORATION; RJ MACHINE COMPANY, INC.; GARY MARTIN; GRANT MARTIN; and ROBERT NIPPER | § § § § § § § § § § § | |
| Defendants. | § | |

## RJ Machine's Corporate Disclosure Statement

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant RJ Machine Company, Inc. (RJ Machine), advises that it has no parent corporation and no publicly-held corporation owns 10% or more of RJ Machine's stock.

Dated: February 28, 2019

Respectfully submitted,

Susman Godfrey L.L.P.

<u>/s/ J. Hoke Peacock III</u>
J. Hoke Peacock III
State Bar No. 15673980
tpeacock@susmangodfrey.com
Shawn L. Raymond
State Bar No. 24009236
sryamond@susmangodfrey.com
Krisina J. Zuniga
State Bar No. 24098664
kzuniga@susmangodfrey.com
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666

Attorneys for Defendants RJ Machine, Gary Martin, and Grant Martin

Certificate of Service

I certify that on February 28, 2019, I served the foregoing corporate disclosure statement on all counsel of record via the Court's ECF system and/or via email.

<u>/s/ J. Hoke Peacock III</u>
J. Hoke Peacock III