IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **DIAMONDBACK INDUSTRIES, INC.,** § § | |
| Plaintiff, § § | |
| v. § § | CASE NO. 6:19-CV-00034-ADA |
| § § | (Consolidated with 6:19:CV-00036-ADA) |
| **REPEAT PRECISION, LLC; NCS MULTISTAGE, LLC; NCS MULTISTAGE HOLDINGS, INC.; ROBERT NIPPER; GARY MARTIN; GRANT MARTIN; and,** § § § § § § | |
| Defendants. § § | |

**STIPULATED VOLUNTARY DISMISSAL OF CERTAIN CLAIMS OF PLAINTIFF'S SECOND AMENDED COMPLAINT WITH PREJUDICE**

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), Plaintiff, Diamondback Industries, Inc. gives notice of the stipulated dismissal of the following claims contained in Plaintiff's Second Amended Complaint (Docket No. 61) in the above-identified court action with prejudice against refiling the same:

1. Texas Uniform Trade Secrets Act (TUTSA);
2. Defend Trade Secrets Act (DUTSA);
3. Computer Fraud and Abuse Act (CFAA);
4. Harmful Access by Computer; and,
5. Tortious Interference.

This stipulated dismissal in no way affects the any of the other claims and causes of action Plaintiff has asserted in its Second Amended Complaint. Pursuant to F.R.C.P. 41(a)(1)(A)(ii), no Order is required for this dismissal, as counsel for all parties have given permission to Plaintiff to sign this stipulated dismissal on their respective behalves.

Dated: October 22, 2019

Respectfully submitted,

*/s/ Decker A. Cammack*
Decker A. Cammack (Lead Counsel)
Texas Bar No. 24036311
dcammack@whitakerchalk.com

David A. Skeels
Texas Bar No. 24041925
dskeels@whitakerchalk.com

WHITAKER CHALK SWINDLE
  & SCHWARTZ PLLC
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
Phone: (817) 878-0500
Fax: (817) 878-0501

J. Mitchell Little
Texas Bar No. 24043788
Mitch.little@solidcounsel.com
SCHEEF & STONE, L.L.P.
2600 Network Blvd., Ste. 400
Frisco, Texas 75034
Phone: (214) 472-2100
Fax: (214) 472-2150

John P. Palmer
Texas Bar No. 15430600
palmer@namanhowell.com
NAMAN, HOWELL, SMITH & LEE, PLLC
400 Austin Ave., Suite 800
P.O. Box 1470
Waco, Texas 76703
Phone: (254) 755-4100
Fax: (254) 754-6331

**Counsel for Diamondback Industries, Inc**.

/s/ *J. Hoke Peacock* (with permission)
J. Hoke Peacock III
Texas State Bar No. 15673980
tpeacock@susmangodfrey.com

Shawn L. Raymond
Texas State Bar No. 24009236
sraymond@susmangodfrey.com

Krisina J. Zuniga
Texas State Bar No. 24098864
kzuniga@susmangodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
(713) 651-9366 Telephone
(713) 654-6666 Facsimile

**Counsel for Gary Martin and Grant Martin**

/s/ *W. Scott Hastings* (with permission)
W. Scott Hastings
Texas State Bar No. 24002241
shastings@lockelord.com
Charles E. Phipps
Texas State Bar No. 00794457
cphipps@lockelord.com
Paul F. Schuster
Texas State Bar No. 00784931
pschuster@lockelord.com
Anna K. Finger
Texas State Bar No. 24105860
anna.k.finger@lockelord.com

LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas  75201
(214) 740-8000 Telephone
(214) 740-8800 Facsimile

**Counsel for Repeat Precision, LLC, NCS Multistage, LLC, NCS Multistage Holdings, Inc., and Robert Nipper**

## CERTIFICATE OF CONFERENCE

I hereby certify the substance of this motion was discussed with Scott Hastings via emails between the parties (including Trey Peacock) from October 16, 2019 through October 18, 2019, and October 22, 2019.  Mr. Hastings indicated the dismissal of the above referenced claims were acceptable to Defendants.

*/s/ Decker A. Cammack*
Decker A. Cammack

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of October, 2019, I caused a true and correct copy of the foregoing document to be served via electronic mail on all counsel of record in this matter.

*/s/ Decker A. Cammack*
Decker A. Cammack