THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DIAMONDBACK INDUSTRIES, INC., § § | |
| *Plaintiffs*, § § | |
| vs. § § | CASE NO. 6:19-CV-00034-ADA (Consolidated with 6:19-CV-00036-ADA) |
| REPEAT PRECISION, LLC; NCS MULTISTAGE, LLC; and NCS MULTISTAGE HOLDINGS, INC., § § § § | |
| *Defendants*. § | |

**MODIFIED ORDER GRANTING DEFENDANT REPEAT PRECISION, LLC'S UNOPPOSED MOTION TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT**

On this date came to be considered Defendant Repeat Precision, LLC's *Unopposed Motion to Deposit Funds Into the Registry of the Court*. Upon consideration, the Court finds that the Motion should be, and hereby is, GRANTED in all respects.

It is therefore ORDERED that Repeat Precision (a) deposit the balance of the uncashed checks Repeat Precision tendered to Diamondback as royalty payments under the license, (b) thereafter, cancel the outstanding checks that Diamondback has not cashed, and (c) pay all future royalty payments due under the license into the Court's registry, with all such funds held in the Court's registry until further order from the Court. Notice of those future deposits into the Court's registry shall be provided by Repeat Precision to Diamondback's counsel, including such information, if any, as may be required under the license.

It is further ORDERED that, in accordance with this Court's Standing Order Regarding Deposit and Investment of Registry Funds, the Clerk, United States District Court, shall receive

and deposit into the Court's registry the amounts deposited via check by Repeat Precision, LLC, which represents royalty payments to Diamondback.

It is further ORDERED that the Clerk, United States District Court, as soon as the business of the office allows, shall deposit these monies into the Court Registry Investment System (CRIS) where they shall remain until further order of the Court.

SIGNED this 5th day of December, 2019.

Alan D Albright
UNITED STATES DISTRICT JUDGE