# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **DIAMONDBACK INDUSTRIES, INC.,** *Plaintiff* | § § § | |
| | § | W-19-CV-00034-ADA |
| -v- | § § | |
| **REPEAT PRECISION, LLC, NCS MULTISTAGE HOLDINGS, INC., NCS MULTISTAGE, LLC, ADVENT INTERNATIONAL CORPORATION, RJ MACHINE COMPANY, INC., GARY MARTIN, GRANT MARTIN, ROBERT NIPPER,** *Defendants* | § § § § § § § § § | |

## ORDER REGARDING MEDIATION BEFORE MAGISTRATE JUDGE JEFFREY C. MANSKE

In the interest of justice, the Court **ORDERS** the parties to immediately resume mediation with Judge Jeffrey C. Manske. The Court will hold entry of judgment pending mediation.

**SIGNED** this 26th day of March, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE