THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **DIAMONDBACK INDUSTRIES, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | CASE NO. 6:19-CV-00034-ADA |
| | § | (Consolidated with 6:19-CV-00036-ADA) |
| **REPEAT PRECISION, LLC; NCS** | § | |
| **MULTISTAGE, LLC; and NCS** | § | |
| **MULTISTAGE HOLDINGS, INC.,** | § | |
| | § | |
| **Defendants.** | § | |

### Supplement to Emergency Motion to Lift the FRCP 62(a) Stay

Repeat Precision, LLC ("Repeat Precision"), NCS Multistage, LLC ("NCSM"), and NCS Multistage Holdings, LLC ("NCSM-H") (collectively, "Movants") file this Supplement to Emergency Motion to Lift the FRCP 62(a) Stay (ECF208) in order to address additional facts that Movants discovered since filing their motion, which further justify the relief requested.

## I.
## Supplemental Exhibits

Exhibit 20    License

Exhibit 21    January 7, 2020 improvement notice from Robert Nipper to Diamondback

Exhibit 22    Assignment for Security – Patents

Exhibit 23    UCC-1 Financing Statement

Exhibit 24    January 29, 2020 News Article from Fort Worth Magazine

## II.
## Argument

**A. During the months leading up to trial, Diamondback encumbered all of its assets, including the '035 patent, in violation of the License.**

1.   In Paragraph 9.2(f) of the License, Diamondback Industries, Inc. ("Diamondback") represented and warranted that it would not encumber or grant any security interests in the Licensed Patents covered by the License:

> Licensor represents and warrants that:
>
> (f)   there neither are nor any time during the Term will be any encumbrances, liens, or security interests involving any Licensed Patent.

Ex. 20.  The '035 Patent is a "Licensed Patent" and the "Term" is for the life of that patent.  Ex. 20 at ¶¶1 & 12.1.[1]  In late 2019 or early 2020, Diamondback entered into a "Pledge and Security Agreement" with UMB Bank in express violation of this provision of the License.  Exs. 22 & 23.  Diamondback did not inform Repeat Precision that such a security interest was allegedly granted.

2.   Although Diamondback never informed Repeat Precision of the security interest, Diamondback filed an "Assignment for Security – Patents" with the U.S. Patent and Trademark Office notifying it of the assignment on January 14, 2020, less than two weeks before trial.  *See* Ex. 22.  Diamondback claims to have assigned UMB Bank a security interest in seven patents, including the '035 Patent.  *Id.*  Movants have also discovered that Diamondback allegedly granted UMB Bank a security interest in *all* of Diamondback's assets, as reflected in the UCC-1 Financing Statement filed with the Texas Secretary of State's Office on January 2, 2020:

> COLLATERAL: This financing statement covers the following collateral: All assets of Debtor, whether now owned or hereafter acquired.

---

[1] Repeat Precision also claims rights in U.S. Patent No. 10,441,331 B1 (the "'331 Patent") based on the improvement provisions in the license.  *See* Ex. 21 (Jan. 7, 2020 improvement notice from Robert Nipper to Diamondback).

Ex. 23.

3. Given that Diamondback purported to grant another party a security interest in *all* of its assets, including the patent it licensed to Repeat Precision and that was the subject of this dispute, on the eve of trial, it is imperative that Movants have an opportunity to immediately file abstracts of their judgments to protect and preserve their lien priority position. Moreover, the timing of Diamondback's pledge of assets to UMB Bank raises serious concerns that warrant expedited discovery from Diamondback, its principals, and UMB Bank.

4. Movants should be allowed to discover what Diamondback has attempted to do with its assets before Movants suffer irreparable harm as a result of these transactions. Movants therefore request that the Court require Diamondback to immediately produce all documents related to its recent transactions with UMB Bank, including, but not limited to the Pledge and Security Agreement, all loan documents, loan applications, promissory notes, security agreements, deeds of trust, closing statements, communications with the bank, financial statements provided for the transactions, corporate resolutions related to the transactions, and a full accounting of all funds received. The injunction previously requested is further warranted to protect and preserve Diamondback's assets to make sure Diamondback pays this Court's judgment.

**B.     Drury also made significant expenditures outside the ordinary course.**

5. Movants are further concerned that Derrek Drury has been spending significant sums of money that would otherwise be available for recapture by Movants to fund the judgment given that Diamondback made numerous transfers to Drury while this lawsuit was pending and while Drury had full knowledge of Repeat Precision's claims. The article attached as Exhibit 24 is from the Fort Worth Magazine on January 29, 2020 (the day after trial testimony concluded). In it, the author discusses two new restaurant ventures that Drury is allegedly funding. Ex. 24.

3

This is further evidence that Movants should have an opportunity to conduct expedited discovery before Diamondback and Drury move more of their funds into new entities.

### C.      Conclusion

In addition to the relief previously requested, Movants request that the Court order Diamondback to produce all documents related to its recent transactions with UMB Bank, including, but not limited to, the Pledge and Security Agreement, all loan documents, loan applications, promissory notes, security agreements, deeds of trust, closing statements, communications with the bank, financial statements provided for the transactions, corporate resolutions related to the transactions, and a full accounting of all funds received within seventy-two (72) hours of the transactions.

Respectfully submitted,

By:    /s/ *Richard A. Simmons*
          Richard A. Simmons
            Texas State Bar No. 24003600
            rsimmons@ws-law.com

          WALDRON & SCHNEIDER, PLLC
          15150 Middlebrook Drive
          Houston, Texas 77058
          Tel: 281-488-4438
          Fax: 281-488-4597

          W. Scott Hastings
            Texas State Bar No. 24002241
            shastings@lockelord.com
          Charles E. Phipps
            Texas State Bar No. 00794457
            cphipps@lockelord.com
          Paul F. Schuster
            Texas State Bar No. 00784931
            pschuster@lockelord.com
          Anna K. Finger
            Texas State Bar No. 24105860
            anna.k.finger@lockelord.com

LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Tel: 214-740-8000
Fax: 214-740-8800

**ATTORNEYS FOR REPEAT PRECISION, LLC, NCS MULTISTAGE, LLC, AND NCS MULTISTAGE HOLDINGS, INC.**

J. Hoke Peacock, III
 Texas State Bar No. 15673980
 tpeacock@susmangodfrey.com
Shawn L. Raymond
  Texas State Bar No. 24009236
  sraymond@susmangodfrey.com
Krisina J. Zuniga
  Texas State Bar No. 24098664
  kzuniga@susmangodfrey.com

SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 1000
Houston, Texas 77002
Telephone: (713) 653-7808

**ATTORNEYS FOR REPEAT PRECISION, LLC**

**SUPPLEMENTAL CERTIFICATE OF CONFERENCE**

    I filed this supplement on April 9, 2020, in light of the new information that was discovered. I emailed counsel for Diamondback at 11:35 a.m. on April 9, 2020, before filing this supplement, inquiring if Diamondback would agree to any of the relief requested in the original motion, but I have still not received any response.

                                              /s/ *Richard A. Simmons*

## **CERTIFICATE OF SERVICE**

I certify that on the 9th day of April, 2020, I served the foregoing Supplement to Emergency Motion to Lift the FRCP 62(a) Stay on all counsel of record via the Court's ECF system and/or via email.

W. Scott Hastings
shastings@lockelord.com
Charles E. Phipps
cphipps@locklord.com
Anna K. Finger
Anna.k.finger@lockelord.com
Paul F. Schuster
pschuster@lockelord.com
LOCKE LORD, LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
ATTORNEYS FOR
REPEAT PRECISION, LLC
NCS MULTISTAGE, LL AND NCS
MULTISTAGE HOLDINGS, INC.

J. Hoke Peacock III
tpeacock@susmangodgrey.com
Shawn L. Raymond
sraymond@susmangodfrey.com
Krisina J. Zuniga
kzuniga@susmangodfrey.com
SUSMAN GODFREY, LLP
1000 Louisiana St, Suite 5100
Houston, Texas 77002
(713) 651-9366
ATTORNEY FOR
REPEAT PRECISION, LLC

Decker A. Cammack
dcammack@whitakerchalk.com
David A. Skeels
dskeels@whitakerchalk.com
WHITAKER CHALK SWINDLE &
SCHWARTZ, PLLC
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
ATTORNEYS FOR DIAMONDBACK
INDUSTRIES, INC.

John P. Palmer
palmer@namanhowell.com
NAMAN, HOWELL, SMITH & LEE, PLLC
400 Austin Ave., Suite 800
Waco, Texas 76703
ATTORNEYS FOR DIAMONDBACK
INDUSTRIES, INC.

J. Mitchell Little
mitch.little@solidcounsel.com
SCHEEF & STONE, LLP
2600 Network Blvd., Suite 400
Frisco, Texas 75034
ATTORNEYS FOR DIAMONDBACK
INDUSTRIES, INC.

Paul V. Storm
pvstorm@foley.com
FOLEY GARDERE
2021 McKinney Ave., suite 1600
Dallas, Texas 75201
ATTORNEYS FOR DIAMONDBACK
INDUSTRIES, INC.

David E. Keltner
david.keltner@kellyhart.com
Caitlyn Elizabeth Hubbard
caitlyn.hubbard@kellyhart.com
KELLY HART & HALLMAN
201 Main Street, Suite 2500
Fort Worth, Texas 76102
ATTORNEY FOR DIAMONDBACK
INDUSTRIES, INC.

By: /s/ *Richard A. Simmons*
RICHARD A. SIMMONS