


Diamondback Industries, Inc.
3824 Williamson Road
Crowley, TX  76036

To whom it may concern:

    Repeat Precision, LLC ("Repeat Precision") recently learned that the U.S. Patent and Trademark Office issued Patent No. 10,443,331 B1 (the '331 Patent"), entitled "Self-Set Bore Frac Plug" to Diamondback Industries, Inc. ("Diamondback").  The invention disclosed by the '331 Patent is an "Improvement" under the Patent License Agreement dated March 16, 2018, as amended effective May 30, 2018 (the "License").  As a result, Diamondback had an affirmative obligation to offer to include the '331 Patent as a "Licensed Patent" under the License.  Repeat Precision hereby gives notice under Paragraphs 3.1 and 3.2 of the License that it accepts that offer and elects to include the '331 Patent as a "Licensed Patent" under the terms of the License.

    Under Paragraphs 3.1 and 3.2 of the License, Repeat Precision's notice of this election is timely.  Repeat Precision has 30 business days to make this election starting from the date when Diamondback provides its "Improvement Notice" under Paragraph 3.1.  To date, Diamondback has not provided such an Improvement Notice, which means that Repeat Precision's time period to act has not even started to run.

                                  Sincerely,

                                  Robert Nipper
                                  President

**EXHIBIT 21**

This document may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the original recipient (individual or entity). Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.