# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2  
EPAS ID: PAT5909032

| | |
|---|---|
| **SUBMISSION TYPE:** | NEW ASSIGNMENT |
| **NATURE OF CONVEYANCE:** | SECURITY INTEREST |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| DIAMONDBACK INDUSTRIES, INC. | 12/30/2019 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | UMB BANK, N.A. |
| Street Address: | 1008 OAK STREET |
| City: | KANSAS CITY |
| State/Country: | MISSOURI |
| Postal Code: | 64106 |

**PROPERTY NUMBERS Total: 7**

| Property Type | Number |
|---|---|
| Patent Number: | 10443331 |
| Patent Number: | 10107054 |
| Patent Number: | 9810035 |
| Patent Number: | 9506316 |
| Patent Number: | 9453382 |
| Patent Number: | 8887818 |
| Patent Number: | 6702009 |

**CORRESPONDENCE DATA**

Fax Number: (214)661-6849

Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.

| | |
|---|---|
| Phone: | 2149535949 |
| Email: | ckuykendall@jw.com |
| Correspondent Name: | CLINTON J. KUYKENDALL |
| Address Line 1: | 2323 ROSS AVENUE, SUITE 600 |
| Address Line 4: | DALLAS, TEXAS 75201 |

| | |
|---|---|
| **ATTORNEY DOCKET NUMBER:** | 148031.00026 |
| **NAME OF SUBMITTER:** | CLINTON J. KUYKENDAL |
| **SIGNATURE:** | /Clinton J. Kuykendall/ |
| **DATE SIGNED:** | 01/14/2020 |

EXHIBIT 22
505862095
PATENT
REEL: 051502 FRAME: 0992

| | This document serves as an Oath/Declaration (37 CFR 1.63). |
|---|---|
| **Total Attachments: 3** | |
| source=Diamondback_24788841_1_09. Assignment for Security (Patents)#page1.tif | |
| source=Diamondback_24788841_1_09. Assignment for Security (Patents)#page2.tif | |
| source=Diamondback_24788841_1_09. Assignment for Security (Patents)#page3.tif | |

EXHIBIT 22

PATENT
REEL: 051502 FRAME: 0993

ASSIGNMENT FOR SECURITY – PATENTS

December 30, 2019

**WHEREAS**, **DIAMONDBACK INDUSTRIES, INC.**, a Texas corporation (the "**Assignor**") holds all right, title and interest in the letter patents, design patents and utility patents listed on the attached Schedule A, which patents are issued or applied for in the United States Patent and Trademark Office (the "**Patents**");

**WHEREAS**, the Assignor has entered into a Pledge and Security Agreement, dated of even date herewith (as amended, restated, supplemented, modified or otherwise changed from time to time, the "Security Agreement"), in favor of **UMB BANK, n.a.**, a national banking association (together with its successors and assigns, if any, the "**Assignee**"); and

**WHEREAS**, pursuant to the Security Agreement, the Assignor has assigned to the Assignee and granted to the Assignee a continuing security interest in all right, title and interest of the Assignor in, to and under the Patents and the applications and registrations thereof, and all proceeds thereof, including, without limitation, any and all causes of action which may exist by reason of infringement thereof and any and all damages arising from past, present and future violations thereof (the "**Collateral**"), to secure the payment, performance and observance of the Secured Obligations (as defined in the Security Agreement);

**NOW, THEREFORE**, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Assignor does hereby pledge, convey, sell, assign, transfer and set over unto the Assignee and grants to the Assignee for the benefit of the Assignee a continuing security interest in the Collateral to secure the prompt payment, performance and observance of the Secured Obligations.

The Assignor does hereby further acknowledge and affirm that the rights and remedies of the Assignee with respect to the Collateral are more fully set forth in the Security Agreement, the terms and provisions of which are hereby incorporated herein by reference as if fully set forth herein.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

**IN WITNESS WHEREOF**, the Assignor has caused this Assignment to be duly executed by its officer thereunto duly authorized as of the date first written above.

DIAMONDBACK INDUSTRIES, INC.,
a Texas corporation

By _____
Name: Derrek Drury
Title: CEO

<u>SCHEDULE A</u>
<u>PATENTS</u>

| Owner | Country | Title | Application or Patent No. | Filing Date | Issue Date |
|---|---|---|---|---|---|
| Diamondback Industries, Inc. | USA | Self-Set full bore frac plug | 10,443,331 | December 27, 2018 | October 15, 2019 |
| Diamondback Industries, Inc. | USA | Power charge having a combustible sleeve | 10,107,054 | August 25, 2014 | October 23, 2018 |
| Diamondback Industries, Inc. | USA | Disposable setting tool | 9,810,035 | April 29, 2016 | November 7, 2017 |
| Diamondback Industries, Inc. | USA | Composite slips for a frac plug | 9,506,316 | November 17, 2014 | November 29, 2016 |
| Diamondback Industries, Inc. | USA | Power charge igniter having a retainer protrusion | 9,453,382 | August 25, 2014 | September 27, 2016 |
| Diamondback Industries, Inc.. | USA | Composite frac plug | 8,887,818 | November 2, 2011 | November 18, 2014 |
| Diamondback Industries, Inc. | USA | Select-fire pressure relief subassembly for a chemical cutter | 6,702,009 | July 30, 2002 | March 9, 2004 |