From staff at *Fort Worth Magazine*, our hearts go out to all those impacted by **COVID-19** during this turbulent time. Here is what is happening in town:



Menu

NEWS    EAT & DRINK    CULTURE    HOME & DESIGN    BUSINESS

BEST & TOP    MAGAZINES

# The Whole Enchilada

## Enchiladas Olé owner Mary Perez talks second location.

BY MALCOLM MAYHEW    JANUARY 29, 2020    12:00 AM

     



**EXHIBIT 24**



Enchiladas Olé owner, Mary Perez with entrepreneurs Derrek and Laura Drury

**W**hen it opened seven years ago, Enchiladas Olé was practically a one-woman show. Owner Mary Perez did it all, from taking out the loans to open the quaint east side spot, to developing the recipes for her enchilada-focused menu, to decorating, to hiring staff, to fixing this and figuring out that.

This time, she has some help.

For her new location of Enchiladas Olé, opening soon in the Forest Park area, she joined hands with local entrepreneurs Derrek and Laura Drury, who are also involved with the Biscuit Bar, coming to the Stockyards later this year. The three have something in common: They all want to turn Enchiladas Olé into more than a successful restaurant. They're talking restaurants.

"That's always been the long-term goal," Perez says. "But since it's always just been me, I've never had the time or resources to focus on anything other than the food. Now that the Drurys have come aboard, I can start looking at the bigger picture."

**EXHIBIT 24**

But first things first. The new location of EO — opening in the Forest Park Boulevard space where Sera Fine Dining & Wine and Sapristi! Bistro & Wine Bar once called home — will be three times bigger than the original (which Perez closed last year), with a sleek bar and attractive patio.

Perez will be adding more menu items, including an enchiladas and fajita plate combo, and there will be Saturday and Sunday brunch with dishes such as migas, huevos rancheros, and spinach chilaquiles.

There will be a full bar, too, with specialty drinks and craft cocktails made by a mixologist. The dining room will consist of tables and chairs from the original location, along with plush new booths.

"It'll be everything you and I love about Enchiladas Olé," Derrek Drury says. "It'll feel just like the original location, very colorful and vibrant. It'll just be a little nicer, a little more upscale."



For the décor, Perez is bringing in paintings from her own art collection. "Portraits of Frida Kahlo, Selena — I want there to be an expression of Hispanic women empowerment," she says.

If all goes well, this may not be the sole location of EO.

**EXHIBIT 24**

"Essentially that's the goal — to have more than one location," Derrek says. "There's not really another restaurant quite like this one, so, yes, we do have our eyes set on opening additional locations down the road."

## TAGS

Food And Drink    FWTXmag    Enchilada    Restaurant

Hero    Top Story



## Malcolm Mayhew

RESTAURANT NEWS WRITTEN AND COMPILED BY MALCOLM MAYHEW. YOU CAN REACH MALCOLM AT MALCOLM.MAYHEW@HOTMAIL.COM OR ON TWITTER, @FOODFORTWORTH.

JANUARY 29, 2020  12:00 AM

## RELATED

**EXHIBIT 24**





### Enchiladas Olé Makes a Move

The woman behind state award-winning enchilada sauces plans on making a big move.

OCT 11, 2019

### Chicken Enchiladas

Sauce: 1/4 cup vegetable oil 2 tablespoons flour 1/4 cup mild chili powder 1, 8-ounce can tomato sauce 2 cups chicken stock 1 teaspoon dried oregano 1/2 teaspoon cumin 1/2 teaspoon granulated garlic Salt and pepper to taste Fil…

OCT 15, 2012





### Foodies and Wine Connoisseurs Rejoice, FWFWF Is Back

This year's extravaganza is happening April 2 – 5.

MAR 1, 2020

### Taking Stock

All the new food happenings in our city's ever-changing Stockyards.

MAR 1, 2020

**EXHIBIT 24**

💬 **COMMENTS**

[Type subject here...]

## TOP STORIES

**1** **Branch & Bird's Newly Hired Chef, Restaurant Manager Start Jobs in the Midst of Crisis**

BY SAMANTHA CALIMBAHIN

**2** **Gourmet Sliders, Mediterranean Fare Join Grapevine's Harvest Hall**

BY SAMANTHA CALIMBAHIN

**3** **Most People Feel Mentally Drained Right Now. Call These Lines for Guidance**

BY MATT PAYNE

**Fort Worth Brewery Opens New Location Amid COVID-19 Pandemic**

BY TAYLOR BRUMBAUGH

**EXHIBIT 24**

**5** W Durable Goods, American Canvas Collab to Produce Thousands of Protective Masks

BY MATT PAYNE



IN FORT WORTH

## INTERESTS

### FWTXmag

Top Story

FwLiving    Hero

FWinc

Food And Drink

Features    Culture

The Scoop    Best Of



**EXHIBIT 24**

DINING GUIDE | EVENTS | NEWSLETTERS | SUBSCRIBE

**SUBSCRIBE**

ADVERTISING AND MEDIA KIT

CUSTOMER SERVICE & SUPPORT

CONTACT US

DIGITAL EDITION

NEWSLETTERS

**MASTHEAD**

JOBS & INTERNSHIPS

CORRECTIONS

PRIVACY POLICY

TERMS OF USE



© 2020 FWTX.COM All rights reserved. Panther-City Media Group

EXHIBIT 24

https://fwtx.com/eat-drink/the-whole-enchilada/    4/9/2020

**EXHIBIT 24**

**EXHIBIT 24**

**EXHIBIT 24**

4

**EXHIBIT 24**