# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **DIAMONDBACK INDUSTRIES, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CASE NO. 6:19-CV-00034-ADA** |
| | § | **(CONSOLIDATED WITH** |
| **REPEAT PRECISION, LLC, NCS** | § | **6:19-CV-00036-ADA)** |
| **MULTISTAGE, LLC, NCS MULTISTAGE** | § | |
| **HOLDINGS, INC., GARY MARTIN,** | § | |
| **GRANT MARTIN, and ROBERT NIPPER.** | § | |
| | § | |
| **Defendants.** | | |

## PLAINTIFF DIAMONDBACK INDUSTRIES, INC.'S NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3, Plaintiff Diamondback Industries, Inc. hereby appeals to the United States Court of Appeals for the Federal Circuit from the following:

- the April 3, 2020 Final Judgment, Dkt. No. 205;

- the April 13, 2020 Amended Final Judgment, Dkt. No. 221;

- the April 16, 2020 Corrected Amended Final Judgment, Dkt. No. 228; and,

all adverse interlocutory decisions merged into the aforementioned judgments.

Dated: April 21, 2020          Respectfully submitted,

*/s/ David Keltner*_____

David E. Keltner
Texas Bar No. 11249500
david.keltner@kellyhart.com
Caitlyn E. Hubbard
Texas Bar No. 24097853
caitlyn.hubbard@kellyhart.com
**KELLY HART & HALLMAN LLP**
201 Main Street, Suite 2500
Fort Worth, Texas  76102
Phone: (817) 878-3560
Fax: (817) 878-9760

Decker A. Cammack
Texas Bar No. 24036311
dcammack@whitakerchalk.com
David A. Skeels
Texas Bar No. 24041925
dskeels@whitakerchalk.com
**WHITAKER CHALK SWINDLE & SCHWARTZ PLLC**
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
Phone: (817) 878-0500
Fax: (817) 878-0501

J. Mitchell Little
Texas Bar No. 24043788
Mitch.little@solidcounsel.com
**SCHEEF & STONE, L.L.P.**
2600 Network Blvd., Suite 400
Frisco, Texas 75034
Phone: (214) 472-2100
Fax: (214) 472-2150

Paul V. Storm
Texas Bar No. 19325350
pvstorm@foley.com
**FOLEY & LARDNER LLP**
2021 McKinney Ave., Suite 1600
Dallas, Texas 75201
Phone: (214) 999-3000
Fax: (214) 999-4667

**Counsel for Diamondback Industries, Inc.**

## **<u>CERTIFICATE OF SERVICE</u>**

This is to certify that on this 21st day of April, 2020, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Western District of Texas, Waco Division, using the CM/ECF system of the Court and that a copy of same was served on all counsel of record by either electronic notification or by electronic mail.

*/s/ David Keltner*_____
David E. Keltner