# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| DIAMONDBACK INDUSTRIES, INC. § | |
| § | |
| *Plaintiff,* § | |
| § | |
| vs. § | Case No. 6:19-CV-00034-ADA |
| § | (Consolidated with 6:19-CV-00036-ADA) |
| REPEAT PRECISION, LLC; NCS § | |
| MULTISTAGE, LLC and NCS § | |
| MULTISTAGE HOLDINGS, INC., § | |
| § | |
| *Defendants.* § | |

## SUGGESTION OF BANKRUPTCY

Plaintiff Diamondback Industries, Inc. ("Diamondback") files this Suggestion of Bankruptcy (the "Notice") and respectfully represents as follows:

On April 21, 2020 (the "Petition Date"), plaintiff Diamondback, along with its affiliates Discerner Holdings, Inc. and Discerner Investments, LLC (collectively, the "Debtors"), filed voluntary petitions (the "Voluntary Petitions") for relief under Chapter 11 of title 11 of the U.S. Code (the "Bankruptcy Code"). The Debtors' cases are being jointly administered under the case styled and numbered as follows: *In re Diamondback Industries, Inc., et al.*, United States Bankruptcy Court, Northern District of Texas, Fort Worth Division, Case No. 20-41504-ELM11 (the "Chapter 11 Cases"). A true and correct copy of Diamondback's Voluntary Petition is attached to this Notice as **Exhibit A.**

Pursuant to Bankruptcy Code § 362, the automatic stay was activated upon the filing of the Voluntary Petition. The filing of a bankruptcy case operates as an automatic stay of, among other things, the commencement or continuation of a judicial action against the debtor that was or could have been commenced before the filing of the bankruptcy case and any act to obtain

possession or control of property of the estate. 11 U.S.C. §§ 362(a)(1) and (3). The automatic stay is applicable to all entities, including the plaintiffs in the above-styled case. 11 U.S.C. § 362(a).

Proceedings in the above captioned case as related to Diamondback are consequently stayed pursuant to Bankruptcy Code § 362.

All questions concerning the Chapter 11 Cases should be referred to Diamondback's bankruptcy counsel:

Ian T. Peck
David L. Staab
**HAYNES AND BOONE, LLP**
301 Commerce Street, Suite 2600
Fort Worth, TX 76102
Telephone: 817.347.6600
Email: ian.peck@haynesboone.com
Email: david.staab@haynesboone.com

and

Matthew T. Ferris
**HAYNES AND BOONE, LLP**
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Telephone: 214.651.5000
Email: matt.ferris@haynesboone.com

Dated: April 21, 2020               Respectfully submitted,

*/s/ David Keltner*
David E. Keltner
Texas Bar No. 11249500
david.keltner@kellyhart.com
Caitlyn E. Hubbard
Texas Bar No. 24097853
caitlyn.hubbard@kellyhart.com
**KELLY HART & HALLMAN LLP**
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Phone: 817.878.3560

Paul V. Storm
Texas Bar No. 19325350
pvstorm@foley.com
**FOLEY & LARDNER LLP**
2021 McKinney Ave., Suite 2600
Dallas, Texas 756201
Phone: 214.999.3000
Fax: 214.999.4667

Decker A. Cammack
Texas Bar No. 24036311
dcammack@whitakerchalk.com
David A. Skeels
Texas Bar No. 24041925
dskeels@whitakerchalk.com
**WHITAKER CHALK SWINDLE & SCHWARTZ PLLC**
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
Phone: 817.878.0500
Fax: 817.878.0501

J. Mitchell Little
Texas Bar No. 24043788
mitch.little@solidcounsel.com
**SCHEEF & STONE, L.L.P.**
2600 Network Blvd., Suite 400
Frisco, Texas 75034
Phone: 214.472.2100
Fax: 214.472.2150

**Counsel for Diamondback Industries, Inc.**

## CERTIFICATE OF SERVICE

This is to certify that on this 21st day of April, 2020, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Western District of Texas, Waco Division, using the CM/ECF system of the Court and that a copy of the same was served on all counsel of record by either electronic notification or by electronic mail.

*/s/ David Keltner*
David E. Keltner