THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| DIAMONDBACK INDUSTRIES, INC., | § § § § | |
| *Plaintiff*, | | |
| vs. | § § § | CASE NO. 6:19-CV-00034-ADA (Consolidated with 6:19-CV-00036-ADA) |
| REPEAT PRECISION, LLC; NCS MULTISTAGE, LLC; and NCS MULTISTAGE HOLDINGS, INC., | § § § § | |
| *Defendants*. | § | |

## JOINT NOTICE REGARDING AMOUNT OF ATTORNEYS' FEES

Following entry of the Court's final judgment, Defendants Repeat Precision, LLC ("Repeat Precision"), NCS Multistage, LLC ("NCSM"), NCS Multistage Holdings, Inc. ("NCSM-H"), Robert Nipper ("Nipper"), Gary Martin ("Ga. Martin") and Grant Martin ("Gr. Martin") (collectively, "Defendants") filed motions seeking to establish the amount of attorneys' fees they should recover in connection with this matter. *See* ECF 244 & 245. Diamondback Industries, Inc.'s ("Diamondback") objections and responses to the attorney fee motions are not yet due. *See* ECF 246 & 247. However, the parties have conferred and reached an agreement on the amount of attorneys' fees to be awarded to Defendants in accordance with this Court's final judgment.

Accordingly, the parties hereby submit and agree to the reasonable and necessary amount of attorneys' fees incurred by Defendants in this matter that are recoverable by Defendants in accordance with this Court's final judgment. The parties hereby agree that Defendants shall recover attorneys' fees in the following amounts:

Repeat Precision                $2,517,857.09

1

NCSM                     $94,799.22

NCSM-H                   $94,799.22

Nipper                   $189,598.44

Ga. Martin               $344,282.00

Gr. Martin               $344,282.00

This agreement is made solely for purposes of resolving the pending motions for attorneys'

fees and Diamondback's anticipated objections thereto, and calculating the amount of attorneys'

fees to be awarded to Defendants.  By making this agreement, Diamondback is not waiving and

does not waive any of its rights to appeal or seek review of all or any part of this Court's judgment,

including whether Defendants were entitled to recover attorneys' fees.

Dated:  September 18, 2020                    Respectfully submitted,

/s/ W. Scott Hastings
W. Scott Hastings
  Texas State Bar No. 24002241
  *shastings@lockelord.com*
Charles E. Phipps
  Texas State Bar No. 00794457
  *cphipps@lockelord.com*
Paul F. Schuster
  Texas State Bar No. 00784931
  *pschuster@lockelord.com*
Anna K. Finger
  Texas State Bar No. 24105860
  *anna.k.finger@lockelord.com*
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas  75201
(214) 740-8000 Telephone
(214) 740-8800 Facsimile

**ATTORNEYS FOR REPEAT PRECISION,
LLC, NCS MULTISTAGE, LLC, NCS
MULTISTAGE HOLDINGS, INC., AND
NIPPER**

2

/s/ *J. Hoke Peacock, III*

J. Hoke Peacock, III
  Texas State Bar No. 15673980
  *tpeacock@susmangodfrey.com*
Shawn L. Raymond
  Texas Bar No. 24009236
  *sraymond@susmangodfrey.com*
Krisina J. Zuniga
  Texas Bar No. 24098664
  *kzuniga@susmangodfrey.com*
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 1000
Houston, Texas 77002
Telephone: (713) 653-7808

**ATTORNEYS FOR REPEAT PRECISION,
LLC, GARY MARTIN, AND GRANT MARTIN**

3

*/s/ Paul V. Storm*

David Keltner
Caitlyn E. Hubbard
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500

Decker A. Cammack
David A. Skeels
Whitaker Chalk Swindle & Sawyer
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
Telephone: (817) 878-0500

John P. Palmer
Naman Howell Smith & Lee
P.O. Box 1470
Waco, Texas 76703-1470
Telephone: (254) 755-4100

Paul V. Storm
Foley & Lardner, LLP
2021 McKinney Ave., Suite 1600
Dallas, Texas 75201
(214) 999-3000

J. Mitchell Little
Scheef & Stone, L.L.P.
2600 Network Blvd., Ste. 400
Frisco, Texas 75034
Telephone: (214) 472-2100

**ATTORNEYS FOR PLAINTIFF
DIAMONDBACK INDUSTRIES, INC.**

4

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2020, I served the foregoing on all counsel of record via the Court's ECF system and/or via email.

/s/ Paul V. Storm

Paul V. Storm

5